**Order filed, January 09, 2014.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-00995-CV
_____

**JOHN TERMEER, Appellant**

**V.**

**RAMON MARTINEZ AND WENONA MARTINEZ, Appellee**

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-00604**

## ORDER

The reporter's record in this case was due **November 15, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Carol N. Castillo**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM